16007.   SOUTHERN SURETY CO. *v.* DAWES.

16008.   SOUTHERN SURETY CO. *v.* LEHIGH PORTLAND CEMENT CO.

16011.   SOUTHERN SURETY CO. *v.* SCIPLE *et al.*

LUKE, J.   It having been made to appear to this court that on May 1, 1925, these cases were dismissed by the plaintiff in the trial court, and that all costs have been paid, the motion of the defendants in error, that the bills of exceptions be dismissed, is granted.

*Writs of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 15, 1925.

Complaint; from city court of Thomasville—Judge Hammond. September 29, 1924.

*T. S. Hawes,* for plaintiff in error.

*Titus & Dekle, H. H. Merry, L. S. Moore,* contra.

---

16009.   SOUTHERN SURETY CO. *v.* WATT *et al.*

16010.   SOUTHERN SURETY CO. *v.* WILLIAMS.

LUKE, J.   Under the rulings of the Supreme Court in these cases (*So. Surety Co.* v. *Dawes,* 161 *Ga.* 207, 130 S. E. 577), in answer to certified questions, the trial court properly struck the defendant's plea to the jurisdiction of the court, and properly overruled all the grounds (except ground 8) of the demurrer to the petition.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*